```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0270--CV (RRB)
                         "USA V 300 COUNTERFEIT MICROSOFT USB STORAGE"

                    Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(12)
             Filed: 11/16/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (690) Other forfeiture and penalty suits
                    19:1526(E) & 1595 A(C)(2)(C)
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | James N. Barkeley<br>U.S Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | 300 COUNTERFEIT MICROSOFT USB STORAGE DEVICE SETS | No counsel found for this party! |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0270--CV (RRB)
                      "USA V 300 COUNTERFEIT MICROSOFT USB STORAGE"

                                    For all filing dates


     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
       Referral Rule:  4(12)
              Filed:  11/16/05
             Closed:  NO

        Jurisdiction: (1) U.S. Plaintiff
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (690) Other forfeiture and penalty suits
                     19:1526(E) & 1595 A(C)(2)(C)
              Origin: (1) Original Proceeding
              Demand:
         Filing fee: Waived
            Trial by:


Document #   Filed     Docket text

     1 -  1  11/16/05  Complaint filed w/att exhs..

     2 -  1  11/16/05  PLF 1 motion (request) for judicial issuance of in rem warrant of
                       arrest.

     3 -  1  11/16/05  RRB Minute Order that case referred to MJ Roberts per MJ Rule 4(12). cc:
                       cnsl, MJ Roberts

  NOTE -  1  11/17/05  Issued: in rem warrant of arrest on 11/17/05.

     2 -  2  11/17/05  JDR Order granting mot (req) for judicial issuance of in rem war of
                       arrest (2-1). cc: cnsl, USM
```