DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-270-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR DECREE OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| 300 COUNTERFEIT MICROSOFT | ) | |
| USB STORAGE DEVICE SETS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Pursuant to Fed. R. Civ. P. 55 and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Plaintiff United States of America respectfully moves this Court for entry of a decree of forfeiture. Said motion is supported by the previously filed Verified Complaint for Forfeiture, Order granting Request for Judicial Issuance of In Rem Warrant of Arrest, and the attached Declaration of Counsel. A proposed decree of forfeiture

is submitted herewith.

    DATED this 4th day of May, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/James Barkeley
> JAMES BARKELEY
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3699
> Fax: (907) 271-1500
> Email: jim.barkeley@usdoj.gov
> Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing MOTION FOR DECREE OF FORFEITURE, DECLARATION OF COUNSEL, and proposed DECREE OF FORFEITURE were sent via U.S. Mail this 4th day of May, 2006, to:

| | |
|---|---|
| STONE COMPUTER, INC.<br>Attn: Bi Ling, President<br>3301 W. Central Avenue, Suite 2D<br>Toledo, OH 43606 | ZOLTRIX INTERNATIONAL, LTD.<br>Attn: Andy Yuen, General Manager<br>Room 701, Po Hing Centre<br>18 Wang Chiu Road<br>Kowloon Bay, Hong Kong |

c/James Barkeley

Cc:
Erica Krasovic, Microsoft Corporation
David Goldfarb, Asst. Chief Counsel, U.S. Customs & Border Protection, Seattle, WA
Terrence H. Sanders, Senior Inspector U.S. Customs & Border Protection, Anchorage, AK
Patrick McGownd, FP&F Officer, U.S. Customs & Border Protection, Anchorage, AK