IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-270-RRB |
| | ) | |
| Plaintiff, | ) | **DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| 300 COUNTERFEIT MICROSOFT | ) | |
| USB STORAGE DEVICE SETS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 16, 2005, a Verified Complaint For Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America (docket 1).  The Complaint alleged that the defendant property, described as 300 COUNTERFEIT MICROSOFT USB STORAGE DEVICE SETS, constitutes imported merchandise which copied or stimulated the "Microsoft" registered trademark of Microsoft Corporation and/or bore a name or mark calculated to induce the public to believe that the property was manufactured in the United States in violation of 15 U.S.C. § 1124, and merchandise imported into the United States without the written consent of the trademark owner to use the registered trademark name at the time of importation in violation of 19 U.S.C. § 1526(a), and is, therefore, subject to forfeiture to the United States of America pursuant to 19 U.S.C. § 1526(e) and 19 U.S.C. § 1595a(c)(2)(C).

It appearing that process was fully issued in this action and returned according to law;

The defendant property is now in the custody of United States Customs and Border Protection;

That on November 19, 2005, Stone Computer, Inc. was served with copies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest via Certified U.S. Mail, Return Receipt Requested;

That on January 17, 2006, Zoltrix International, Ltd. was served with copies of the Notice of judicial forfeiture action, Verified Complaint for Forfeiture, and Request for Judicial Issuance of In Rem Warrant of Arrest, via facsimile to: (852) 2754-7915;

That on January 21, 2006, Stone Computer, Inc. was served again with a copy of the Notice of the judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested;

That notice of this action was published in the Alaska Journal of Commerce on February 12, 19, and 26, 2006;

That claimant Stone Computer, Inc. failed to file a claim or answer to the Complaint pursuant to Admiralty Rule C;

That Zoltrix International, Ltd. failed to file a claim or answer to the Complaint pursuant to Admiralty Rule C;

That the time for filing has expired, and no claims or answers have been filed in this action;

Now, therefore, on motion of the plaintiff, United States of America, for a decree of forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the defendant property, 300 COUNTERFEIT MICROSOFT USB STORAGE DEVICE SETS, be forfeited to the United

States of America, and no right, title, or interest in the property shall exist in any other party.

The defendant property shall be disposed of by United States Customs and Border Protection

according to law.

DATED:_____


_____
HON. RALPH R. BEISTLINE
United States District Court Judge