TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A05-270 CV (RRB)(JDR) |
| Plaintiff, | ) | |
| | ) | **VERIFIED COMPLAINT FOR** |
| v. | ) | **FORFEITURE** |
| | ) | |
| 300 COUNTERFEIT MICROSOFT USB STORAGE DEVICE SETS, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and respectfully states as follows:

This is a civil action [...]

the United States of Amer[ica ...]

MICROSOFT USB STOR[AGE ...]

imported merchandise whic[h ...]

Microsoft Corporation and/o[r ...]

Exhibit 2
Page 1 of 1 pages

[Postal Service return receipt card overlay:]

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature]    ☐ Agent    ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery  11-19-05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
STONE COMPUTER, INC.
Attn: Bi Ling, President
3301 W. Central Avenue, Suite 2D
Toledo, OH 43606

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7001 2510 0002 1406 6537

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509