```
************ -COMM. JOURNAL- ************ DATE JAN-17-2006  ** TIME 15:38 *** P.01

         MODE = MEMORY TRANSMISSION        START=JAN-17 15:19   END=JAN-17 15:38

         FILE NO.= 005
STN NO.   COM   ABBR NO.   STATION NAME/TEL.NO.   PAGES     DURATION
  001     OK       &          901185227547915     030/030   00:11'06"

                                                  -US ATTORNEYS OFFICE
*********************************  -       - ***** -    907 271 2303- **********
```



# FAX TRANSMISSION
### UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUILDING U.S. COURTHOUSE, 222 W. 7TH AVE., RM. C-253
ANCHORAGE, ALASKA 99513-7567
(907) 271-5071 (MAIN)
Fax: (907) 271-3224

| | | | |
|---|---|---|---|
| To: | Andy Yuen, General Manager<br>ZOLTRIX INTERNATIONAL, LTD.<br>Room 701, Po Hing Centre<br>18 Wang Chiu Road<br>Kowloon Bay, Hong Kong | Date: | January 17, 2006 |
| Fax #: | (852) 2754-7915 | Pages: | 30 (including cover sheet) |
| From: | Katie Voke<br>United States Attorney's Office | | |
| Subject: | United States v. 300 Counterfeit Microsoft USB Storage Sets<br>U.S. District Court (D. Alaska), Case No. 3:05-cv-270-RRB<br>Notice of Forfeiture Proceedings | | |

COMMENTS:

Exhibit __3__
Page __1__ of __3__ pages

NOTICE TO RECIPIENT
The information contained in this facsimile is intended only for the individual or organization named above and may contain sensitive or privileged information. If you are not the intended recipient, any dissemination or reproduction of this communication is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of all documents transmitted.



**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*    Commercial: (907) 271-5071
*Anchorage, Alaska 99513-7567*    Fax Number: (907) 271-2344

January 17, 2006                                   *Sent Via Facsimile To: (852) 2754-7915*

Andy Yuen, General Manager
ZOLTRIX INTERNATIONAL, LTD.
Room 701, Po Hing Centre
18 Wang Chiu Road
Kowloon Bay, Hong Kong

Re:    United States v. 300 Counterfeit Microsoft USB Storage Sets
       U.S. District Court (D. Alaska), Case No. 3:05-cv-270-RRB
       Notice of Forfeiture Proceedings

Dear Mr. Yuen:

Please accept the attached Notice of forfeiture and photocopies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest dated November 16, 2005, in the above-referenced case.

Thank you.

TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

*Katie Voke*

KATIE VOKE
Asset Forfeiture Attorney

/Encl.

Exhibit ___3___
Page ___2___ of ___3___ pages

NOTICE OF:

**UNITED STATES v. 300 COUNTERFEIT MICROSOFT USB STORAGE DEVICE SETS**
Case No. 3: 05-cv-270-RRB

To all interested persons in the above-styled case, notice is hereby given that on November 16, 2005, the United States of America filed an action pursuant to 19 U.S.C. § 1526(e) and 19 U.S.C. § 1595a(c)(2)(C), for the forfeiture of 300 COUNTERFEIT MICROSOFT USB STORAGE DEVICE SETS.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Exhibit 3
Page 3 of 3 pages