

U.S. Department of Justice

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-2344

January 17, 2006

SENT VIA U.S. CERTIFIED MAIL

Bing Li, President
STONE COMPUTER, INC.
3301 W. Central Avenue, Suite 2D
Toledo, OH 43606

Re:   United States v. 300 Counterfeit Microsoft USB Storage Sets
      U.S. District Court (D. Alaska), Case No. 3:05-cv-270-RRB
      Notice of Forfeiture Proceedings

Dear Mr. Li:

Please accept the attached Notice of forfeiture regarding the above-referenced case.

Thank you.

TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

*Katie Voke*

KATIE VOKE
Asset Forfeiture Attorney

/Encl.

Exhibit 4
Page 1 of 2 pages

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STONE COMPUTER, INC.
   Attn: Bi Ling, President
   3301 W. Central Avenue, Suite 2D
   Toledo, OH 43606

2. Article Number
   (Transfer from service label)   7001 2510 0002 1406 6476

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-25

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

NOTICE OF:

<u>UNITED STATES v. 300 COUNTERFEIT MICROSOFT USB STORAGE DEVICE SETS</u>
Case No. 3: 05-cv-270-RRB

To all interested persons in the above-styled case, notice is hereby given that on November 16, 2005, the United States of America filed an action pursuant to 19 U.S.C. § 1526(e) and 19 U.S.C. § 1595a(c)(2)(C), for the forfeiture of 300 COUNTERFEIT MICROSOFT USB STORAGE DEVICE SETS.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Exhibit 4
Page 2 of 2 pages