DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>             Plaintiff,              )<br>                                                    )<br>        v.                                     )<br>                                                    )<br>300 COUNTERFEIT MICROSOFT  )<br>USB STORAGE DEVICE SETS,  )<br>                                                    )<br>             Defendant.            )<br>_____ ) | Case No. 3:05-cv-270-RRB<br><br>**DECLARATION OF COUNSEL**<br>**IN SUPPORT OF MOTION FOR**<br>**DECREE OF FORFEITURE** |

     I, JAMES BARKELEY, am an Assistant United States Attorney and represent the plaintiff, the United States of America, in this action.

     1.     A Verified Complaint for Forfeiture was filed on November 16, 2005. The Complaint alleges that the defendant property, described as 300 COUNTERFEIT MICROSOFT USB STORAGE DEVICE SETS, constitutes imported merchandise which copied or stimulated the "Microsoft" registered trademark of Microsoft Corporation and/or

bore a name or mark calculated to induce the public to believe that the property was manufactured in the United States in violation of 15 U.S.C. § 1124, and merchandise imported into the United States without the written consent of the trademark owner to use the registered trademark name at the time of importation in violation of 19 U.S.C. § 1526(a), and is, therefore, subject to forfeiture to the United States of America pursuant to 19 U.S.C. § 1526(e) and 19 U.S.C. § 1595a(c)(2)(C).  Docket 1.

2.    An <u>In Rem</u> Warrant of Arrest was issued by the Clerk of Court on November 17, 2005, providing that all persons interested in the defendant property were required to file their verified statements with the Clerk of Court within 30 days of the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.  Also pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in said property shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to the undersigned.

3.    Notice of this action was published by United States Customs and Border Protection in the Alaska Journal of Commerce on February 12, 19, and 26, 2006.  Attached Exhibit 1.

4.    Claimant Stone Computer, Inc. was served with copies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest via

U.S. Certified Mail, Return Receipt Requested on November 19, 2005.  Attached Exhibit 2.

5.	Zoltrix International, Ltd. (in Hong Kong) was served with copies of the Notice of judicial forfeiture action, Verified Complaint for Forfeiture, and Request for Judicial Issuance of In Rem Warrant of Arrest, on January 17, 2006 via facsimile to: (852) 2754-7915.  Attached Exhibit 3.

6.	Claimant Stone Computer, Inc. was served again with a copy of the Notice of judicial forfeiture action on January 21, 2006 via Certified U.S. Mail, Return Receipt Requested.  Attached Exhibit 4.

7.	No claims or answers have been filed in this action.

8.	Declarant knows of no reason why a decree for the forfeiture of the defendant property should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH  
Acting United States Attorney

s/James Barkeley  
JAMES BARKELEY  
Assistant U.S. Attorney  
Federal Building & U.S. Courthouse  
222 W. 7th Avenue, #9, Room 253  
Anchorage, AK 99513-7567  
Phone: (907) 271-3699  
Fax: (907) 271-1500  
Email: jim.barkeley@usdoj.gov  
Alaska Bar No. 8306019